**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Granted.
5:19 PM, Feb 10, 2025



Karen L. Litkovitz
United States Magistrate Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No: 1:24-cv-70 |
| | : | Judge: Timothy S. Black |
| Plaintiff, | : | |
| vs. | : | |
| EMMANUEL B. ANTWI, MANNY TRAVEL AGENCY & BUSINESS SERVIES INC., AND MANNY FINANCIAL, INSURANCE & ACCOUNTING FIRM LLC. | : | |
| Defendants. | : | |

## MOTION TO STAY FOR FILING AN ANSWER

Defendants Emmanuel Antwi et al., by and through counsel, respectfully request a stay to file an answer (Docket No. 29).

Counsel for Plaintiff and Defendants submitted a Motion to Approve Consent of Judgment of Disgorgement (Docket No. 35) that will resolve any outstanding issues in this case.

Department of Justice does not oppose the granting of this motion.

WHEREFORE, it is respectfully requested that the Defendants be granted a stay to file an Answer.

Respectfully submitted,

/s/Griffin Levy_____
Griffin Levy (OH 101813)
Voorhees & Levy LLC
11159 Kenwood Road
Cincinnati, Ohio 45242
Telephone: (513) 800-9649
Fax: (513) 489-2556
Griffin@voorheeslevy.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion for Extension of Time to Answer has been served on February 10, 2025, by the Court's ECF system and by email to Claire.Shimberg@usdoj.gov and Lee.Seitz@usdoj.gov on the parties listed below:

Claire Shimberg
Lee E. Seitz
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

                                                    /s/Griffin Levy
                                                    Griffin Levy